# Third District Court of Appeal

## State of Florida

Opinion filed May 1, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-1709
Lower Tribunal No. 12-22565
_____

**Janet Rodriguez,**
Appellant,

vs.

**ALS Commercial Funding, LLC,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Rodney Smith, Judge.

Janet Rodriguez, in proper person.

Bassett Law Firm, P.A., and Heidi J. Bassett (Tampa); Daniel Y. Gielchinsky, P.A., and Daniel Y. Gielchinsky, for appellee.

Before EMAS, C.J., and LINDSEY and HENDON, JJ.

HENDON, J.

Having reviewed the appellant's initial brief, this court finds that there exists no preliminary basis for reversal of the cause below. We affirm pursuant to Florida Rule of Appellate Procedure 9.315(a).

Affirmed.